■ GEORGE HOFFMAN, Respondent, v. ALFRED T. ROWE, Individually and as Executor of ELSIE L. ROWE, Deceased, Appellant.— The appeal is (1) from an order dated March 26, 1957 denying appellant's motion (a) to set aside an order and judgment (one paper) dated July 2, 1956 directing appellant, the vendor, to specifically perform a contract for the sale of real property, and (b) for other relief, and (2) from an amended order and judgment (one paper) dated March 26, 1957 granting respondent's motion for the same relief, but changing the date for the closing of title. Order dated March 26, 1957 and order and judgment dated March 26, 1957 unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ In the Matter of CHARLES GALE et al., Appellants, against STATE LIQUOR AUTHORITY, Respondent.— In a proceeding to review a determination of the State Liquor Authority the appeal, by permission of the Special Term, is from so much of an intermediate order as on reargument struck out the seventh paragraph of the petition and three affidavits submitted in support of said petition. Order insofar as appealed from affirmed, without costs. No opinion. (See *Matter of Gale* v. *State Liq. Auth.*, 4 A D 2d 692.) Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

■ In the Matter of CHARLES GALE et al., Petitioners, against STATE LIQUOR AUTHORITY OF THE STATE OF NEW YORK, Respondent.— This proceeding to review a determination of the State Liquor Authority has been transferred to this court (Civ. Prac. Act, § 1296). The determination suspended petitioners' restaurant liquor license for 20 days on the ground that petitioners, in violation of subdivision 1 of section 65 of the Alcoholic Beverage Control Law, had on May 13, 1955 permitted alcoholic beverages to be sold, delivered or given away to minors actually under the age of 18 years. Determination unanimously confirmed, with $50 costs and disbursements. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.